■ In the Matter of WILLIAM J. O'HARA, an Attorney, for Reinstatement.—Motion granted and respondent reinstated as an attorney and counselor at law in the State of New York. Concur—Kupferman, J. P., Birns, Fein, Sandler, and Silverman, JJ.

## (February 28, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS STEWART, Appellant.—Judgment, Supreme Court, Bronx County, rendered on April 10, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Birns, Fein and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS TORRES, Appellant.—Judgment, Supreme Court, Bronx County, rendered on January 4, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Birns, Fein and Markewich, JJ.